[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Schultheiss v. Heinrich Ents., Inc.,* Slip Opinion No. 2017-Ohio-2895.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2017-OHIO-2895

SCHULTHEISS, APPELLEE, *v.* HEINRICH ENTERPRISES, INC., ET AL., APPELLANTS.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Schultheiss v. Heinrich Ents., Inc.,* Slip Opinion No. 2017-Ohio-2895.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2016-0623—Submitted May 2, 2017—Decided May 22, 2017.)

APPEAL from the Court of Appeals for Washington County,

No. 15CA20, 2016-Ohio-121.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

O'DONNELL, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

O'CONNOR, C.J., and KENNEDY, J., dissent.

_____

Fields, Dehmlow & Vessels, L.L.C., and Ethan Vessels, for appellee.

Theisen Brock, L.P.A., James S. Huggins, and Daniel P. Corcoran, for appellants.

Chad A. Endsley, Leah F. Curtis, and Amy Milam, urging affirmance for amici curiae Ohio Farm Bureau Federation, Guernsey County Farm Bureau, and Washington County Farm Bureau.

Vorys, Sater, Seymour & Pease, L.L.P., Gregory D. Russell, Peter A. Lusenhop, Steven A. Chang, and Ilya Batikov, urging reversal for amici curiae Ohio Oil and Gas Association, Southeastern Ohio Oil and Gas Association, Ascent Resources-Utica, L.L.C., Buckeye Oil Producing Company, Eclipse Resources Corporation, EnerVest Operating, L.L.C., Flat Rock Development, L.L.C., Hess Ohio Developments, L.L.C., HG Energy, L.L.C., Northwood Energy Corporation, Petrox, Inc., and Sound Energy Company, Inc.

_____